CAROL GLENDON, as Administratrix of the Estate of EDWARD W. GLENDON, JR., Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 43809.) —

Judgment affirmed, without costs. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.